UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK            RD-6665
===================================x
TIMOTHY CONLON,

                              Plaintiff,                **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

-against-

                                                            CV 01 4427(JS)(MLO)

SUFFOLK COUNTY POLICE DEPARTMENT, COUNTY
OF SUFFOLK, POLICE COMMISSIONER TODD
GALLAGHER OF THE SUFFOLK COUNTY POLICE
DEPARTMENT, POLICE OFFICERS "JOHN DOE",
"JANE DOE", POLICE OFFICER THOMAS J. BOSCO II,

                            Defendants.

===================================x

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

      **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
       October 12, 2004

By: _____      _____
    Christine Malafi                             David Gevanter, Esq.
    Suffolk County Attorney              Attorney for Plaintiff
    Attorney for COS & Bosco            95 Old Country Road
    By: Richard T. Dunne/RD-6665       Hicksville, New York  11801
    Assistant County Attorney
    H. Lee Dennison Building
    100 Veterans Memorial Highway
    P.O. Box 6100
    Hauppauge, New York  11788-0099

                        **SO ORDERED:**
           **Dated: Central Islip, New York**

                      _____, **2004**

                  _____
                            U.S.M.J.